IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 05-01539 GAC

MARTIN RAMOS DELGADO

Chapter 13

XXX-XX-8946

FILED & ENTERED ON 5/12/2006

Debtor(s)

DECISION AND ORDER

Debtor's objection to claim #9 filed by the Department of Treasury (docket #15) shall be, and hereby is, DENIED. Claim #9 will be allowed as filed.

Clerk shall notify all parties in interest.

SO ORDERED.

San Juan, Puerto Rico, this 12 day of May, 2006.

GERARDO CARLO ALTIERI
U.S. Bankruptcy Judge

CC: DEBTOR
VICTOR GRATACOS DIAZ
JOSE RAMON CARRION MORALES
FEDERAL LITIGATION DIVISION
MARIA M. MORGADE & FIGUEROA
DEPARTMENT OF TREASURY